UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH CAPALDI,

    Plaintiff,   Case No. 12-10254
                    Hon. Victoria A. Roberts

vs

AMERICAN CREDIT & COLLECTIONS LLC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff's Motion for Default Judgment was referred to Magistrate Judge Hluchaniuk. He held a hearing and issued a Report and Recommendation stating that the motion should be denied. No objections were filed. The Motion for Default Judgment [doc 13] is DENIED; the Clerk's Entry of Default is set aside, and plaintiff must re-serve the summons and complaint.

    ORDERED.

                                                  S/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: January 9, 2013

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 9, 2013.

s/Carol A. Pinegar
Deputy Clerk